# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| WALTER LEE PAIGE, | ) | |
| Petitioner, | ) | |
| vs. | ) | CIVIL ACTION NO. 14-0122-CG-C |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07-0134-CG |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 18, 2014, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 18th day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE