IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WALTER LEE PAIGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-0122-CG-C |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07-0134-CG |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Walter Lee Paige's motion to vacate (Doc. 24) be dismissed as time-barred pursuant to 28 U.S.C. § 2255(f)(1). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 18th day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE